# The Rosen Law Firm
## I N V E S T O R   C O U N S E L

Phillip Kim
pkim@rosenlegal.com

October 27, 2022

**BY ECF**

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Kohli V. Full Truck Alliance Co. Ltd.*, **Case 1:21-cv-03903-LDH-MMH**

Your Honor:

We represent Lead Plaintiff Pratyush Kohli and named plaintiff Shivtaj Zirvi ("Plaintiffs") in the above-captioned case. We write to respectfully request the Court's approval to file the Corrected Amended Complaint to correct a clerical error in the caption of the currently operative Amended Complaint filed on September 13, 2022 ("Amended Complaint", Dkt. No. 18).

In the Amended Complaint, Plaintiffs named China Renaissance Securities (Hong Kong) Limited as one of the Defendants (*see* Amended Complaint ¶ 37), but not in the caption. Therefore, at the clerk's instruction, we respectfully request the Court's approval for leave to file the Corrected Amended Complaint to correct such clerical error. For Your Honor's review, a redlined version, showing the correction, and a clean version of the proposed Corrected Amended Complaint are attached hereto as Exhibits 1 and 2. The Appearing Defendants[1] do not oppose the proposed Corrected Amended Complaint.

We are available if the Court has any questions. Thank you.

Respectfully submitted,

/s/ Phillip Kim
Phillip Kim, Esq.

cc:      All counsel via ECF

---

[1] The Appearing Defendants are Full Truck Alliance Co., Ltd., Cogency Global, Inc., Colleen A. De Vries, Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Limited, and Goldman Sachs (Asia) L.L.C. (See Dkt. Nos. 16, 24 and 30.)

THE ROSEN LAW FIRM, P.A.   275 MADISON AVENUE, 40TH FLOOR   NEW YORK, NY 10016   TEL: (212) 686-1060   FAX: (212) 202-3827