# K&L GATES

November 14, 2022

Joanna Diakos
joanna.diakoskordalis@klgates.com
212-536- 4807

**By ECF**

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ***Pratyush Kohli v. Full Truck Alliance Co. Ltd., et al.*, Case No. 2:21-cv-03903-LDH-MMH (E.D.N.Y.)**

Dear Judge Hall:

In accordance with Section III(A)(3) of Your Honor's Individual Practices, we write on behalf of Defendant Colleen A. De Vries to respectfully request a pre-motion conference regarding her anticipated motion to dismiss the second amended complaint (the "SAC") filed by Lead Plaintiff Pratyush Kohli and named plaintiff Shivtaj Zirvi (collectively, "Plaintiffs") on November 1, 2022 (ECF No. 36) for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Ms. De Vries joins in the letter requesting a pre-motion conference filed on behalf of Defendants by Full Truck Alliance Co. Ltd. ("Full Truck") (ECF No. 50).  To avoid duplication and for efficiency, Ms. De Vries will not repeat the factual background and information set forth in Defendants' letter.  Ms. De Vries makes two additional arguments.

First, the claims asserted against Ms. De Vries should be dismissed because she did not sign the Registration Statement in her personal capacity but as an employee of Cogency Global. This is established by the Second Amended Complaint itself, which concedes, as it must, that "Cogency Global Inc. ("Cogency Global") was Full Truck Alliance's Authorized U.S. Representative for purposes of the IPO" (SAC ¶ 40) and that Ms. De Vries "who signed the Registration Statement, was an employee of Defendant Cogency Global. " (*Id.*, ¶ 41 (emphasis added); see also *id.* ¶ 40 (alleging that Ms. De Vries signed the Registration Statement "on behalf of Defendant Cogency Global Inc.").  It is further confirmed by the Offering Documents, which refer to Cogency Global, not Ms. De Vries, as Full Truck's duly authorized representative.  For example, the image below from Full Truck's May 27, 2021 Form F-1 makes clear that Cogency Global served as Full Truck's designated authorized representative, and Ms. De Vries was signing on Cogency Global's behalf:

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com

**SIGNATURE OF AUTHORIZED REPRESENTATIVE IN THE UNITED STATES**

Pursuant to the Securities Act of 1933, as amended, the undersigned, the duly authorized representative in the United States of Full Truck Alliance Co. Ltd. has signed this registration statement or amendment thereto in New York on May 27, 2021.

US Authorized Representative Cogency Global Inc.

By: /s/ Colleen A. De Vries

Name:  Colleen A. De Vries
Title:   Senior Vice President

Full Truck's June 15, 2021 Form F-6 and June 15, 2021 Form F-1/A take a similar approach and also refer to Cogency Global, not Ms. De Vries, as Full Truck's agent for service.  Accordingly, because Plaintiffs' Section 11 claim against Ms. De Vries as an individual defendant is flatly contradicted by the documents upon which the Second Amended Complaint relies, it should be dismissed.

Second, Plaintiffs' Section 15 claims against Ms. DeVries should be dismissed because there is no support for the notion that a duly authorized representative pursuant to Section 6(a) of the Securities Act can be considered a control person of the foreign issuer.  Indeed, cases finding control person liability typically involve defendants who are officers or directors of the issuer. *See, e.g.*, *Federal Housing Finance Agency v. Nomura Holding America, Inc.*, 104 F. Supp. 3d 441, 580 (S.D.N.Y. 2015) ("All five Individual Defendants were officers and/or directors of some combination of the primary violators; Nomura Securities, NAAC, and NHELI.").

For the foregoing reasons, the claims against Ms. De Vries should be dismissed.  Ms. De Vries respectfully requests a pre-motion conference or alternatively that the Court grant leave to file a motion to dismiss.

Respectfully submitted,

/s/ Joanna A. Diakos
Joanna A. Diakos

2