

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

November 21, 2022

**Jonathan Rosenberg**
D: +1 212 408 2409
jrosenberg@omm.com

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     ***Kohli v. Full Truck Alliance Co. Ltd., et al.*, No. 1:21-cv-03903-LDH-MMH (E.D.N.Y.)**

Dear Judge Hall:

We represent Defendant Huatai Securities (USA), Inc. ("Huatai"), for which Plaintiff filed a proof of service on November 15, 2022, with a response deadline of December 5, 2022 (ECF No. 52). In accordance with Section III(A)(3) of Your Honor's Individual Practices and the Court's September 12, 2022 order (ECF No. 17), Huatai respectfully joins in the November 14, 2022 letter of Defendants Full Truck Alliance Co. Ltd., Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Ltd., Goldman Sachs (Asia) LLC, UBS Securities LLC, Citigroup Global Markets Inc., Nomura Securities International, Inc., Colleen A. De Vries, and Cogency Global Inc., requesting a pre-motion conference regarding, or seeking leave to file, their anticipated motions to dismiss the second amended complaint. (ECF No. 50.)

Respectfully submitted,

*/s/ Jonathan Rosenberg*

Jonathan Rosenberg

cc:  All counsel of record (by ECF)

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo