# The Rosen Law Firm

### I N V E S T O R   C O U N S E L

Jing Chen
jchen@rosenlegal.com

November 23, 2022

**VIA ECF**
Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

Re: ***Kohli v. Full Truck Alliance Co. Ltd., et al.* - 2:21-cv-03903-LDH-MMH**

Dear Judge Hall:

For the same reasons set forth in Plaintiffs' letter (Dkt. No. 54) in response to Defendants' letters requesting a pre-motion conference for their anticipated motions to dismiss (Dkt. Nos. 50,51), Defendant Huatai Securities (USA), Inc.'s arguments in support of its joinder in the request for such pre-motion conference (Dkt. No. 56) are also meritless.

Respectfully submitted,

/s/ Jing Chen
Jing Chen, Esq.

cc:     All counsel via ECF