**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRATYUSH KOHLI, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     -against-<br><br>FULL TRUCK ALLIANCE CO. LTD., PETER HUI ZHANG, SIMON CHONG CAI, SHANSHAN GUO, GUIZHEN MA, WENJIAN DAI, RICHARD WEIDONG JI, JENNIFER XINZHE LI, COLLEEN A. DE VRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, GOLDMAN SACHS (ASIA) L.L.C., UBS SECURITIES LLC, HUATAI SECURITIES (USA), INC., CITIGROUP GLOBAL MARKETS INC., NOMURA SECURITIES INTERNATIONAL, INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, and CLSA LIMITED,<br><br>          Defendants. | Case No.: 1:21-cv-03903-LDH-MMH<br><br>**STIPULATION AND ORDER REGARDING TIME FOR DEFENDANT CLSA LIMITED TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

WHEREAS, on September 13, 2022, plaintiffs Pratyush Kohli and Shivtaj Zirvi ("Plaintiffs") filed the Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 18, the "First Amended Complaint");

WHEREAS, on October 12, 2022, the Court issued an amended summons as to CLSA Limited ("CLSA"), among other defendants (ECF No. 32, the "Summons");

WHEREAS, on November 1, 2022, Plaintiffs filed the Second Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 36, the "Second Amended Complaint"), superseding the First Amended Complaint;

WHEREAS, on February 2, 2023, defendants Full Truck Alliance Co. Ltd., Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Ltd., Goldman Sachs (Asia) LLC, UBS Securities LLC, Huatai Securities (USA), Inc., Citigroup Global Markets Inc., and Nomura Securities International, Inc. served Plaintiffs an omnibus motion to dismiss the Second Amended Complaint (the "Outstanding Motion to Dismiss");

WHEREAS, on February 20, 2023, defendant CLSA was served with the First Amended Complaint and Summons at its office in Hong Kong, pursuant to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters;

WHEREAS, CLSA accepts the service of the Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that

1.    CLSA's time to respond to the Second Amended Complaint shall be extended until 30 days after the Court rules on the Outstanding Motion to Dismiss;

2.    CLSA will not contest the sufficiency of service of the First Amended Complaint, Summons, and Second Amended Complaint, but reserves and does not waive all other defenses, including without limitation those related to personal jurisdiction and extraterritorial application of the United States securities laws;

3.    Following the Court's decision on the Outstanding Motion to Dismiss, Plaintiff's counsel and counsel for CLSA shall meet and confer on a proposed briefing schedule for any potential CLSA motion to dismiss; and

4.    If the Court denies any or all of the Outstanding Motion to Dismiss, CLSA will not move to dismiss on the same basis as to which the Court denied dismissal.

Dated:  New York, New York
   March 17, 2023

**O'MELVENY & MYERS LLP**

By:/s/ *Jonathan Rosenberg*    

  Jonathan Rosenberg
  Abby F. Rudzin
  7 Times Square
  New York, NY 10036
  Telephone: (212) 326-2000
  Facsimile: (212) 326-2061
  jrosenberg@omm.com
  arudzin@omm.com

  William K. Pao (*pro hac vice*)
  wpao@omm.com
  400 South Hope Street
  Los Angeles, CA 90071
  Telephone: (213) 430-6000
  Facsimile: (213) 430-6407

  *Attorneys for Defendant CLSA Limited*

Dated:  New York, New York
   March 17, 2023

**THE ROSEN LAW FIRM, P.A.**

By:/s/ *Phillip Kim*    

  Phillip Kim, Esq.
  Laurence M. Rosen, Esq.
  Jing Chen, Esq.
  275 Madison Ave., 40th Floor
  New York, NY 10016
  Tel: (212) 686-1060
  Fax: (212) 202-3827
  Emails: pkim@rosenlegal.com
  lrosen@rosenlegal.com
  jchen@rosenlegal.com

  *Attorneys for Plaintiffs*

SO ORDERED.
Dated:  New York, New York
   April 28, 2023

*Marcia M. Henry*
Marcia M. Henry
United States Magistrate Judge