**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRATYUSH KOHLI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FULL TRUCK ALLIANCE CO. LTD., PETER HUI ZHANG, SIMON CHONG CAI, SHANSHAN GUO, GUIZHEN MA, WENJIAN DAI, RICHARD WEIDONG JI, JENNIFER XINZHE LI, COLLEEN A. DE VRIES, COGENCY GLOBAL, INC., MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, GOLDMAN SACHS (ASIA) L.L.C., UBS SECURITIES LLC, HUATAI SECURITIES (USA), INC., CITIGROUP GLOBAL MARKETS INC., NOMURA SECURITIES INTERNATIONAL, INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, AND CLSA LIMITED,<br><br>Defendants. | Case No. 1:21-cv-03903-LDH-MMH |

**PLAINTIFFS' NOTICE OF MOTION TO STRIKE EXTRINSIC DOCUMENTS SUBMITTED WITH DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS AND ALL REFERENCES THERETO, OR, ALTERNATIVELY, <u>MOTION FOR LEAVE TO FILE SUR-REPLY</u>**

**PLEASE TAKE NOTICE** that, at a date and time as may be set by this Court, before the Honorable LaShann DeArcy Hall, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East Brooklyn, New York 11201, Courtroom 4H North, Lead Plaintiff Pratyush Kohli and named plaintiff Shivtaj Zirvi ("Plaintiffs"), by their undersigned

counsel, will respectfully move this Honorable Court for an Order: (i) striking extrinsic documents ("Extrinsic Documents", Dkts. 80-1, 80-2, 80-3) submitted with Defendants' reply memorandum ("Reply", Dkt. 79) in support of their motions to dismiss (Dkts. 71,76) and all references to the Extrinsic Documents within the Reply (Reply at 5), or (ii) alternatively, allowing Plaintiffs leave to file a sur-reply, and (iii) for such other relief as the Court deems just and proper.

The motion is based on the accompanying Memorandum of Law in Support thereof, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated: June 9, 2023                        Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           By: */s/Phillip Kim*_____
                                           Phillip Kim
                                           Laurence M. Rosen
                                           275 Madison Ave., 40th Floor
                                           New York, NY 10016
                                           Tel: (212) 686-1060
                                           Fax: (212) 202-3827
                                           Emails: pkim@rosenlegal.com
                                                   lrosen@rosenlegal.com

                                           Jing Chen
                                           101 Greenwood Avenue, Suite 440
                                           Jenkintown, PA  19046
                                           Tel: (215) 600-2817
                                           Fax: (212) 202-3827
                                           Email: jchen@rosenlegal.com

                                           *Lead Counsel for Plaintiffs and the Class*

                                           **LEVI & KORSINSKY, LLP**

                                           By: */s/ Nicholas Porritt*_____
                                           Nicholas I. Porritt
                                           Andrew Lencyk

Max E. Weiss
55 Broadway, #427
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Emails: nporritt@zlk.com
          alencyk@zlk.com
          mweiss@zlk.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2023, a true and correct copy of the foregoing PLAINTIFFS' NOTICE OF MOTION TO STRIKE EXTRINSIC DOCUMENTS SUBSMITTED WITH DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS AND ALL REFERENCES THERETO, OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE SUR-REPLY was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim