**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRATYUSH KOHLI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>FULL TRUCK ALLIANCE CO. LTD., PETER HUI ZHANG, SIMON CHONG CAI, SHANSHAN GUO, GUIZHEN MA, WENJIAN DAI, RICHARD WEIDONG JI, JENNIFER XINZHE LI, COLLEEN A. DE VRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, GOLDMAN SACHS (ASIA) L.L.C., UBS SECURITIES LLC, HUATAI SECURITIES (USA), INC., CITIGROUP GLOBAL MARKETS INC., NOMURA SECURITIES INTERNATIONAL, INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, and CLSA LIMITED,<br><br>        Defendants. | Case No.: 1:21-cv-03903-LDH-MMH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR DEFENDANT CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

WHEREAS, on September 13, 2022, plaintiffs Pratyush Kohli and Shivtaj Zirvi ("Plaintiffs") filed the Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 18, the "First Amended Complaint");

WHEREAS, on November 1, 2022, Plaintiffs filed the Second Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 36, the "Second Amended Complaint"), superseding the First Amended Complaint;

WHEREAS, on November 3, 2022, the Court issued an amended summons as to China Renaissance Securities (Hong Kong) Limited ("China Renaissance") (ECF No. 42, the

"Summons");

WHEREAS, on February 2, 2023, defendants Full Truck Alliance Co. Ltd., Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Ltd., Goldman Sachs (Asia) LLC, UBS Securities LLC, Huatai Securities (USA), Inc., Citigroup Global Markets Inc., and Nomura Securities International, Inc. served Plaintiffs with an omnibus motion to dismiss the Second Amended Complaint (the "Outstanding Motion to Dismiss"), which was fully briefed as of May 18, 2023.

WHEREAS, on June 6, 2023, Plaintiffs filed a proof of service of the First Amended Complaint on defendant China Renaissance, under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (ECF No. 82);

WHEREAS, China Renaissance accepts the service of the Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that

1.      China Renaissance's time to respond to the Second Amended Complaint shall be extended until 30 days after the Court rules on the Outstanding Motion to Dismiss;

2.      China Renaissance will not contest the sufficiency of service of the First Amended Complaint, Summons, and Second Amended Complaint, but reserves and does not waive all other defenses, including without limitation those related to personal jurisdiction and extraterritorial application of the United States securities laws;

3.      Following the Court's decision on the Outstanding Motion to Dismiss, Plaintiff's counsel and counsel for China Renaissance shall meet and confer on a proposed briefing schedule for any potential China Renaissance's motion to dismiss; and

4.      If the Court denies any or all of the Outstanding Motion to Dismiss, China

Renaissance will not move to dismiss on the same basis as to which the Court denied dismissal.

Dated:  New York, New York
        June 16, 2023

**O'MELVENY & MYERS LLP**

By:/s/ *Jonathan Rosenberg*
       Jonathan Rosenberg
       Abby F. Rudzin
       7 Times Square
       New York, NY 10036
       Telephone: (212) 326-2000
       Facsimile: (212) 326-2061
       jrosenberg@omm.com
       arudzin@omm.com

       William K. Pao (*pro hac vice* forthcoming)
       wpao@omm.com
       400 South Hope Street
       Los Angeles, CA 90071
       Telephone: (213) 430-6000
       Facsimile: (213) 430-6407

       *Attorneys for Defendant China Renaissance Securities (Hong Kong) Limited*

Dated:  New York, New York
        June 16, 2023

**THE ROSEN LAW FIRM, P.A.**

By:/s/ *Phillip Kim*
       Phillip Kim, Esq.
       Laurence M. Rosen, Esq.
       Jing Chen, Esq.
       275 Madison Ave., 40th Floor
       New York, NY 10016
       Tel: (212) 686-1060
       Fax: (212) 202-3827
       Emails: pkim@rosenlegal.com
       lrosen@rosenlegal.com
       jchen@rosenlegal.com

       *Attorneys for Plaintiffs*

SO ORDERED.
Dated: New York, New York
         June 23, 2023

*Marcia M. Henry*
_____
Marcia M. Henry
 United States Magistrate  Judge