UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRATYUSH KOHLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FULL TRUCK ALLIANCE CO. LTD., PETER HUI ZHANG, SIMON CHONG CAI, SHANSHAN GUO, GUIZHEN MA, WENJIAN DAI, RICHARD WEIDONG JI, JENNIFER XINZHE LI, COLLEEN A. DE VRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, GOLDMAN SACHS (ASIA) L.L.C., UBS SECURITIES LLC, HUATAI SECURITIES (USA), INC., CITIGROUP GLOBAL MARKETS INC., NOMURA SECURITIES INTERNATIONAL, INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, and CLSA LIMITED,<br><br>Defendants. | Case No.: 1:21-cv-03903-LDH-MMH<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF BO BRYAN JIN IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE, OR ALTERNATIVELY, MOTION FOR LEAVE TO FILE SUR-REPLY**

I, BO BRYAN JIN, declare as follows:

1.      I am a member of the Bars of the State of California and the District of Columbia and I am admitted *pro hac vice* to this Court.  I am a partner at Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York, 10017, counsel to Defendant Full Truck Alliance Co. Ltd. ("FTA") in this action.  I have personal knowledge of all of the facts set forth herein and could testify competently to all of them if called to do so.  I respectfully submit this Declaration in Support of the Memorandum of Law in Opposition to Plaintiffs' Motion to

Strike, or Alternatively, Motion for Leave to File Sur-Reply filed concurrently by Defendants FTA, Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Ltd., Goldman Sachs (Asia) LLC, UBS Securities LLC, Huatai Securities (USA), Inc., Citigroup Global Markets Inc., Nomura Securities International, Inc., Colleen A. De Vries, and Cogency Global Inc.

2.      Annexed hereto as **Exhibit 1** is a true and correct copy of the People's Republic of China Ministry of Transport's official public statement titled, "Eight Departments Conducted a Joint Administrative Talk With 10 New Transportation Business Type Platforms," dated May 14, 2021 and available at https://mp.weixin.qq.com/s/MOoYZhmS0hOuLuuPl4QNEQ, along with a certified English translation.  Plaintiffs' Second Amended Complaint references the meeting described in this article in, for example, ¶¶ 8, 9, 70, 71, 128.

I declare under penalty of perjury that, to the best of my knowledge and belief, the foregoing is true and correct.  Executed on the 23rd day of June, 2023 in Palo Alto, California.

*/s/ Bo Bryan Jin*
Bo Bryan Jin