UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRATYUSH KOHLI, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>FULL TRUCK ALLIANCE CO. LTD., PETER HUI ZHANG, SIMON CHONG CAI, SHANSHAN GUO, GUIZHEN MA, WENJIAN DAI, RICHARD WEIDONG JI, JENNIFER XINZHE LI, COLLEEN A. DE VRIES, COGENCY GLOBAL, INC., MORGAN STANLEY & CO. LLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, GOLDMAN SACHS (ASIA) L.L.C., UBS SECURITIES LLC, HUATAI SECURITIES (USA), INC., CITIGROUP GLOBAL MARKETS INC., NOMURA SECURITIES INTERNATIONAL, INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, AND CLSA LIMITED,<br><br>   Defendants. | Case No. 1:21-cv-03903-LDH-MMH |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

WHEREAS, this is a putative class action brought under the federal securities law (the "Federal Action");

WHEREAS, by order dated July 1, 2022, Plaintiff Pratyush Kohli was appointed to serve as lead plaintiff (the "Lead Plaintiff") in the Federal Action, and The Rosen Law Firm, P.A. as lead counsel in the Federal Action (Dkt. 11);

WHEREAS, Lead Plaintiff Pratyush Kohli and named plaintiff Shivtaj Zirvi (collectively the "Plaintiffs") filed the operative Amended Complaint on November 1, 2022 (Dkt. 36);

1

WHEREAS, a related putative class action, captioned *In re Full Truck Alliance Co. Ltd. Sec. Litig.,* No. 654232/2021 (Sup Ct. N.Y. Cnty.) (the "State Action"), asserts substantially similar claims as are asserted in the Federal Action;

WHEREAS, in September 2023, Plaintiffs and the plaintiffs in the State Action jointly participated in mediation efforts with Defendants[1] to reach a global settlement that would resolve all claims asserted in both the Federal Action and the State Action, which efforts were conducted under the auspices of David Murphy, Esq. of Phillips ADR Enterprises (the "Mediator"), a highly experienced, independent mediator;

WHEREAS, following arms-length negotiations, the parties reached a global settlement in principle of the Federal Action and the State Action on a class-wide basis (the "Settlement") and have agreed to seek judicial approval of the proposed global Settlement in the State Court, where the first of the cases asserting substantially similar claims against the Defendants was filed, under the procedures for obtaining such approvals provided for under the New York Civil Practice Law and Rules;

WHEREAS, as part of the proposed Settlement, Plaintiffs and all Defendants that have appeared in the Federal Action shall submit for filing in the Federal Court a stipulation of voluntary

---

[1] Defendants are Full Truck Alliance Co. Ltd. ("FTA"), Peter Hui Zhang, Simon Chong Cai, Shanshan Guo, Guizhen Ma, Wenjian Dai, Richard Weidong Ji, and Jennifer Xinzhe Li, Colleen A. De Vries, Cogency Global Inc., Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Limited, Goldman Sachs (Asia) L.L.C., UBS Securities LLC, Huatai Securities (USA), Inc., Citigroup Global Markets Inc., Nomura Securities International, Inc., China Renaissance Securities (Hong Kong) Limited, and CLSA Limited.

Defendants that have appeared in the Federal Action are Full Truck Alliance Co. Ltd., Colleen A. De Vries, Cogency Global Inc., Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Limited, Goldman Sachs (Asia) L.L.C., UBS Securities LLC, Huatai Securities (USA), Inc., Citigroup Global Markets Inc., and Nomura Securities International, Inc.

2

dismissal, with prejudice, within five (5) business days of entry of the Final Judgment in the State Action;

WHEREAS, Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing … (ii) a stipulation of dismissal signed by all parties who have appeared;" and

WHEREAS, no class has been certified in this Federal Action, or is proposed to be certified in the Federal Action as part of the proposed Settlement, and accordingly, Fed. R. Civ. P. 23(e) does not impact Plaintiffs' ability to file this stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

IT IS THEREFORE STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and on behalf of all the parties to this Federal Action who have appeared, by their undersigned counsel, that this Federal Action is voluntarily dismissed subject to the following conditions:

1. This dismissal shall be without prejudice, and without costs;
2. Upon the Effective Date (as defined in the stipulation of settlement) of the Settlement, this dismissal shall automatically be converted to a dismissal "with prejudice," and operate as an adjudication on the merits;
3. In the event that the Effective Date does not occur, Defendants consent to entry of an order, upon motion by Plaintiffs (including pursuant to Fed. R. Civ. P. 60(b)(6)), to reinstate this Federal Action, with all parties returning to their respective litigation positions in this Federal Action as of the date of the stipulation of the settlement.

Dated: September 9, 2024                    Respectfully submitted,

                                              **THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim
Laurence M. Rosen
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Emails: pkim@rosenlegal.com
          lrosen@rosenlegal.com

Jing Chen
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: jchen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*


**LEVI & KORSINSKY, LLP**

By: */s/ Nicholas I. Porritt*
Nicholas I. Porritt
Andrew E. Lencyk
Max E. Weiss
55 Broadway, #427
New York, NY 10006
Telephone: (212) 363-7500
Emails: nporritt@zlk.com
          alencyk@zlk.com
          mweiss@zlk.com

*Co-Counsel for Plaintiffs and the Class*

**SIMPSON THACHER & BARTLETT LLP**

By: */s/ George S. Wang*
George S. Wang
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Email: gwang@stblaw.com

      Bo Bryan Jin
      2475 Hanover Street
      Palo Alto, CA 94304
      Telephone: (650) 251-5068
      Email: bryan.jin@stblaw.com

      *Counsel for Defendant Full Truck Alliance Co. Ltd.*

      **O'MELVENY & MYERS LLP**

      By: */s/ Jonathan Rosenberg*
      Jonathan Rosenberg
      Abby F. Rudzin
      7 Times Square
      New York, NY 10036
      Telephone: (212) 326-2000
      Emails: jrosenberg@omm.com
              arudzin@omm.com

      William K. Pao (*pro hac vice* forthcoming)
      400 South Hope Street
      Los Angeles, CA 90071
      Telephone: (213) 430-6000
      Email: wpao@omm.com

      *Counsel for Defendants Morgan Stanley & Co. LLC, China International Capital Corporation Hong Kong Securities Limited, Goldman Sachs (Asia) L.L.C., UBS Securities LLC, Huatai Securities (USA), Inc., Citigroup Global Markets Inc., and Nomura Securities International, Inc.*


      **K&L GATES LLP**

      By: */s/ Joanna A Diakos*
      Joanna A Diakos
      599 Lexington Avenue
      New York, NY 10022
      Telephone: (212) 536-3900
      Email: Joanna.DiakosKordalis@klgates.com

      *Counsel for Defendants Cogency Global Inc. and Colleen A. De Vries*

**SO ORDERED:**

DATED: _____    _____
LaShann DeArcy Hall
United States District Judge